IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DUANE B. HARRIS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv494 |
| DAVID DOUGHTY, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Duane B. Harris, an inmate at the Stiles Unit, Texas, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against David Doughty, Clarence Mosley, F. Reescano, and F. Hoke.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of the Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 6th day of December, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE